**Harold Leroy HERR, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this matter.

**Grover L. BATTLE, Jr., Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**